IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
JUN 20 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. CR 12-156 M |
| -vs- ) | |
| ) | Violations: 21 U.S.C. § 846 |
| NICKALOS DANIELS, ) | 21 U.S.C. § 853 |
|  a/k/a Nick, ) | |
| LAURA BUSH, ) | |
| BYRON FANTROY, ) | |
| JORDAN TONEY, ) | |
| ISAIAH McCORKLE, ) | |
|  a/k/a Ish, ) | |
| BRITTANY COPELAND, and ) | |
| LOWELL JONES, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Conspiracy)

From in or about September 2011, through in or about June 2012, in the Western District of Oklahoma, the defendants,

NICKALOS DANIELS,
 a/k/a Nick,
LAURA BUSH,
BYRON FANTROY,
JORDAN TONEY,
ISAIAH McCORKLE,
 a/k/a Ish,

1

**BRITTANY COPELAND, and**
**LOWELL JONES,**------------------------------------------

knowingly and intentionally combined, conspired, confederated, and interdependently agreed, together with each other, and with other persons known and unknown, to possess with intent to distribute and to distribute 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

### Manner and Means

The objects of said conspiracy were to be accomplished and were accomplished as follows:

1. During the period of the conspiracy, **NICKALOS DANIELS** and others were members of a drug trafficking organization (DTO). One of the purposes of the conspirators' association with the DTO was to facilitate their drug activity by providing a network of individuals to accomplish the means and acts set forth herein. **NICKALOS DANIELS** associated himself with **LAURA BUSH, BYRON FANTROY, JORDAN TONEY, ISAIAH McCORKLE, a/k/a Ish, BRITTANY COPELAND, LOWELL JONES**, and others who acquired, or caused to be acquired, multiple pound quantities of cocaine from sources in Texas, and elsewhere, for processing into cocaine base and then distribution in the Lawton, Oklahoma area, and elsewhere.

2. During the period of the conspiracy, members of the organization, including **NICKALOS DANIELS, a/k/a Nick, LAURA BUSH, BYRON FANTROY, JORDAN TONEY, ISAIAH McCORKLE, a/k/a Ish, BRITTANY COPELAND,**

**LOWELL JONES**, and others stored, distributed, or used powder cocaine or cocaine base at various locations in the Lawton area, including, the properties located at 10 N.W. 36th Street, Lawton, Oklahoma; 1741 S.W. 12th Street, Lawton, Oklahoma; and 8101 S.W. Boatsman Avenue, Lawton, Oklahoma.

3. During the period of the conspiracy, members of the conspiracy frequently used cellular telephones to maintain contact with each other and with their customers to arrange for the acquisition and distribution of powder cocaine and cocaine base and/or to arrange for the collection of drug proceeds and to otherwise facilitate the conspiracy. Members of the conspiracy often placed the accounts associated with the cellular telephones in the names of other individuals, and/or periodically changed or dropped the telephone number or service, to protect themselves from being identified and their drug dealing activities from being disclosed to law enforcement.

4. Members of the conspiracy often used discrete or coded language, such as "fish" (half of any quantity of cocaine base), "dollar or any reference to 100" (3.5 grams of cocaine base) "onion or zip" (ounce of cocaine base), "The Deuce or the South" (house at 1741 S.W. 12th Street), "the Lab or the West" (house at 8101 S.W. Boatsman Avenue), and "a rack" (one thousand dollars) to attempt to conceal the illegal nature of their conversation.

5. During the period of the conspiracy, the distributors, **NICKALOS DANIELS, a/k/a Nick, LAURA BUSH, BYRON FANTROY, JORDAN TONEY,**

**ISAIAH McCORKLE, a/k/a Ish, BRITTANY COPELAND, and LOWELL JONES,** distributed cocaine base to others who were operating as re-distributors or users.

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## FORFEITURE

A. The allegations contained in Count 1 of this Indictment is hereby re-alleged and incorporated for the purpose of alleging forfeiture.

B. Upon conviction of any of the offense alleged in Count 1 of this Indictment, defendants **NICKALOS DANIELS, a/k/a Nick, LAURA BUSH, BYRON FANTROY, JORDAN TONEY, ISAIAH McCORKLE, a/k/a Ish, BRITTANY COPELAND, and LOWELL JONES,** jointly and severally, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense, including but not limited to the following:

(1) The residence located at 10 NW 36th Street, Lawton, Oklahoma 73505;

(2) The residence located at 1116 SW 45th Street, Lawton, Oklahoma 73505;

(3) The residence located at 4624 SW G Avenue, Lawton, Oklahoma 73505;

(4) 1403 SW Pennsylvania Avenue, Lawton, Oklahoma 73505;

(5)   A 2005 Cadillac CTS, VIN 1G6DP567350109240;

(6)   A 2002 Dodge Ram; VIN 1D3HU18Z62J180749;

(7)   A 2011 Chrysler 300, VIN 2C3CA6CT3BH522725; and

(8)   A 2003 Honda, VIN 1HGCM66533A064363.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

SANFORD C. COATS
United States Attorney

*[signature]*

DAVID P. PETERMANN
Assistant United States Attorney

5