# CRIMINAL COVER SHEET
U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony **x**
Case No. **CR 12-156 M**

Number of Counts  1 + Forfeiture   Number of Defendants  7   USAOID No.  2012R00151   By: Lt

**Indictment Sealed:** Yes **x** No ☐   **OCDETF:** Yes **x** No ☐   Notice ☐ Summons ☐ Writ ☐ Warrant **x** to Issue

| DEFENDANT: **LAURA BUSH** | JUN 20 2012 |
|---|---|
| Alias(es): | Address: |
|  | Phone: |

| Age&DOB: xx/xx/1979 | SS#: xxx-xx-3417 | Juvenile: Yes ☐ No **x** | Interpreter: Yes ☐ No **x** |
|---|---|---|---|
| SEX: M ☐ F **x** | RACE: White | Language/Dialect: | |

**Defendant Status:**

| **x** Not in Custody | Type of Bond Recommended on this Charge: |
|---|---|
|  | OR ☐   Cash ☐   10% ☐   Unsecured ☐   Surety ☐ |
| Bond set at: $    Date:  Current Bond on Other Charge  Federal ☐  State ☐ | Bond in Amount of: $ |
| ☐ In Jail at:           Under Prisoner/Register No.: | Detention **x** |

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. | Government Motion to Detain:  Yes ☐   No ☐ |
|---|---|
| Complaint: Yes ☐   No **x** | Bond Set:  RECEIVED |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: JUN 20 2012 |
|---|---|
| Additional Defendants: Yes ☐   No ☐ | Total Number of defendants:   ROBERT D. DENNIS  CLERK, U.S. DISTRICT COURT  BY _____ DEPUTY |

**Attorney Information:**

| Defense Counsel: | AUSA: David P. Petermann | |
|---|---|---|
| Address: | Phone: 405/553- | Fax: 405/553-8888 |
| Phone: (405) | Fax: (405) | Federal Agent/Agency:  Pierce / DEA |
| Retained ☐   CJA Panel **x**   Public Defender ☐ | Local Agent/Agency: | |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21:846 | Conspiracy to possess with intent to distribute and to distribute Schedule II controlled substances | NLT 10 yrs., NMT life imprisonment; $10,000,000 fine; or both; NLT 5 yrs. SR; and $100 SA. |
| Forfeiture | 21:853 | Forfeiture Count | |

Date: 6-19-12

Signature of AUSA _____

800/6-97